

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2023

No. 04-23-00003-CV

Taiwo **AYORINDE**,
Appellant

v.

Opeyemi **AKINYELE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI26444
Honorable Martha Tanner, Judge Presiding

## O R D E R

On January 3, 2023, appellant Taiwo Ayorinde filed a notice of appeal challenging a final judgment signed on October 5, 2022. On January 27, 2023, appellant filed a letter informing the court it had his "permission to dismiss the appeal." We construe appellant's letter as a motion requesting voluntary dismissal of this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (stating court may dismiss appeal on motion of appellant). If appellant is not seeking a voluntary dismissal of his appeal, we **order** appellant to file a response **by February 21, 2023**. If we do not receive a response by that date, then we will act on the motion and dismiss the appeal. *See id*. R. 2, 42.1(a)(1).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court